**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| FERNANDO MELENDEZ, AS ADMINISTRATOR OF THE ESTATE OF DAMARIS REYES, DECEASED, | : | No. 528 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE GOOD SAMARITAN HOSPITAL OF LEBANON, PENNSYLVANIA; LEBANON EMERGENCY PHYSICIANS; THE GOOD SAMARITAN HOSPITAL, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.